IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR LEE COUNTY, FLORIDA

CASE NO. _____

LJJ PROPERTIES, LLC,

    Plaintiff,

vs.

QBE SPECIALTY INSURANCE COMPANY,

    Defendant.
_____/

## COMPLAINT

Plaintiff, LJJ PROPERTIES, LLC, by and through the undersigned counsel, hereby sues the Defendant, QBE SPECIALTY INSURANCE COMPANY, and states as follows:

1. This is an action for breach of contract wherein Plaintiff seeks damages more than $50,001, exclusive of interest, costs, and attorney's fees.

2. The insured property and the incident that is the subject of this matter is respectively located in and occurred in Lee County, Florida.

3. Defendant is a corporation authorized to conduct insurance business in the State of Florida under the Surplus Lines Law of the Florida Insurance Code, Florida Statutes Sections § 626.913 - 626.937, and which has agents and/or representatives located in Palm Beach County, Florida.

4. All conditions precedent under the Policy were performed, satisfied, or otherwise waived.

5. At all times material hereto, in consideration of premiums paid by the Plaintiff, there was in full force and effect an all-risk homeowner's property insurance policy, Policy

Number OUA10099646-01 ("Policy"). See attached homeowners policy Declaration; this Complaint will be supplemented with a Notice of Filing the full copy of the Policy (approximately 85 pages) upon receipt from the Defendant through the discovery process.

6. The effective date of the Coverage Period for when the annually renewed insurance Policy contract that is the subject of this Complaint incepted is April 30, 2022.

7. Under the terms of the insurance issued by Defendant, Defendant insured the Plaintiff against certain losses, including providing Hurricane Coverage, to the property located in at 4611 Oro Pesos Lane, Captiva, Florida (the "Property").

8. On or about September 28, 2022, the Property sustained damage from Hurricane Ian that was covered under the Policy.

9. Plaintiff filed a claim with Defendant who assigned Claim number QBE869908N.

10. Defendant failed to pay, in full or in part, for the losses claimed by LJJ Properties, LLC from the Major Hurricane.

11. Defendant tendered payments that minimized the damage in the Claim, including the scope and value of the repair costs to return the insured Property to pre-loss condition, and denied the Claim in all other respects.

12. Defendant failed to pay for loss of fair rental value.

13. Defendant failed to pay for loss of personal property.

14. Defendant's conduct, by failing to pay the full amount of policy proceeds and benefits due and owing for the covered loss and/or denying coverage, is a breach of contract.

15. Plaintiff has been damaged as a result of the Defendant's breach of the insurance contract, and brings this action in order to force the Insurer to satisfy its obligations under the insurance contract.

16.     Defendant's conduct has caused Plaintiff to retain the services of the undersigned attorney to represent them in this action, and Defendant is, therefore, also liable for reasonable attorney's fees pursuant to Fla. Stat. § 627.428 and/or 627.70152 for such services.

WHEREFORE, Plaintiff LJJ PROPERTIES, LLC demands judgment against Defendant for (i) damages and interest thereon, (ii) attorney's fees and costs pursuant to Fla. Stat. § 627.428, 626.9373, and/or 627.70152, and (iii) such other and further relief as this court deems just and proper.

**DEMAND FOR JURY TRIAL**

Plaintiff demands a trial by jury of all issues so triable as of right by jury.

Dated this 12th day of June, 2023.

> LAW OFFICES OF GEOFFREY GILBERT, P.A.
> *Attorney for the Plaintiff*
> 80 NE 4th Avenue, Suite 12
> Delray Beach, Florida 33483
> Telephone: (561) 962-0402
> F.R.J.A. Email: pleadings@GilbertLawFL.com
>
> By: _____
>      Geoffrey Gilbert
>      Florida Bar No. 547417

**THIS DECLARATION PAGE IS ATTACHED TO AND FORMS PART OF CERTIFICATE PROVISIONS**

| | |
|---|---|
| Expiring Policy #: | Policy Number: OUA10099646-01<br>AUTHORITY REF: |

**1. NAME AND ADDRESS OF THE INSURED:**
LJJ Properties, LLC & The John Benvenuto Spray Trust
174 Stoneybrook Rd
Fairfield, CT, 06824

**INSURED LOCATION/RESIDENCE PREMISES:**
4611 Oro Pesos Lane,
Captiva, FL, 33924

**2. POLICY PERIOD:** EFFECTIVE FROM 04/30/2022 TO 04/30/2023
BOTH DAYS AT 12:01A.M. LOCAL STANDARD TIME

**3. COVERAGES–INSURANCE IS EFFECTIVE WITH: QBE Specialty Insurance Company**

| Limits: | | | |
|---|---|---|---|
| | Coverage A | Dwelling | $ 1,500,000.00 |
| | Coverage B | Other Structures | $ 30,000.00 |
| | Coverage C | Personal Property | $ 100,000.00 |
| | Coverage D | Fair Rental Value | $ 100,000.00 |
| | Coverage L | Personal Liability | $ 500,000.00 |
| | Coverage M | Medical Payments | $ 5,000.00 |
| | | Loss Assessment | $ Nocoverage |
| Deductibles: | | All Other Perils | $ 10,000 |
| | | Named Storm | 5%($75,000.00) |

*25%Minimum Earned Premium Applies

**4. PREMIUMS AND OTHER CHARGES:**

| | |
|---|---|
| Base Premium | $13,886.00 |
| Mechanical Breakdown Premium | $45.00 |
| Policy Fee | $100.00 |
| Inspection Fee | $300.00 |
| State Tax | $707.95 |
| Stamping Fee | $8.60 |
| EMPA Fee | $2.00 |
| **TOTAL** | **$15,049.55** |

**THIS POLICY EXCLUDES FLOOD COVERAGE**

**5. COVERAGE FORMS:** See Schedule of Forms & Endorsements Attached

THE TERMS, CONDITIONS, LIMITATIONS AND EXCLUSIONS TO COVERAGE ARE DETERMINED BY THE CONTRACT OF INSURANCE SUPPLIED WITH THIS DECLARATION.

**6. SERVICE OF SUIT MAY BE MADE UPON:** SEE POLICY FORM

**7. MORTGAGEE(S)**

**8. ADDITIONAL INTEREST(S)**

**9. ADDITIONAL INSURED(S)**
LJJ Properties, LLC & The John Benvenuto Spray Trust,
4611 Oro Pesos Ln, Captiva, 33924

**10. IN THE EVENT OF A CLAIM - PLEASE NOTIFY THE FOLLOWING AGENT**
William K. Nellans, Inc DBA The Insurancenter of Fort Myers
16591 S. Tamiami TrailFort MyersFL33908
239-489-2838

**PRODUCING AGENT**
Douglas G Nellans

**PRODUCER LICENSE #:** E063170

THIS DECLARATION PAGE WITH POLICY PROVISIONS AND ENDORSEMENTS, IFANY, ISSUED TO FORM A PART, THERE OF, COMPLETES THE ABOVE NUMBERED POLICY.

**SURPLUS LINES AGENT:**
Orchid Underwriters Agency LLC
1201 19th Place Suite A110, Vero Beach Fl 32960
License: L065495

**DATE ISSUED:** 03/23/2022

**AUTHORIZED REPRESENTATIVE:**
Ronald Terzer
W267873

# SCHEDULE OF FORMS AND ENDORSEMENTS

The following policy forms and endorsements are attached and apply to this policy:

Form Number   Form Name

FACEPAGE - Policy Face Page
OU CLM QBE 11 2021 - What To Do In The Event Of A Claim
HO-4001 (12-21) - Special Notice
IL-FL-N-0001 (2021-06) - Notice of Change in Policy Terms - Water Damage Sublimit Applied
IL-FL-N-0003 (2021-06) - Policyholder Notice - Water Damage Sublimit Applies
IL-FL-N-0004 (2021-06) - Policyholder Notice - Restriction of Assignments of Benefits Applies
QBESP PL JACKET (03-20) - Personal Lines Policy Jacket
QBGS-103 (07-04) - Notice to Policyholders U.S. Treasury Departments Office of Foreign Assets Control
DECPAGE – Policy Declarations Page
SCHEDFORMS – Schedule of Forms and Endorsements
DP 00 03 07 14 - Dwelling Property 3 - Special Form
DP 04 41 12 02 - Additional Insured
QSNDP0140217 - Special Provisions - Florida
QSNDP0440217 - Special Provisions - Florida
DL 01 09 09 15 - Special Provisions - Florida
QSNDPFL0090314 - Special Provisions - Florida
DP-2010-FL (06-21) Assignment of Benefits - Florida
QSNDPW0041213 - Windstorm Percentage Deductible
QSNDP0141114 - Screen Enclosures - Dwelling Program Special Limit of Liability for Windstorm
QSN0131214 - Home Systems Protection
DP-2002 (02-21) - Water Damage Limitation
QSNDP0051213 - Personal Liability
QSNDP0060318 – Personal Liability – Premises Only
QSNDP0090318 – Rental Endorsement - Personal Liability
QSNDP0061213 - Personal Property Replacement Cost Loss Settlement
HO-2005 (10-20) - Inflation Guard
DL 24 71 12 02 - Limited Fungi, Wet or Dry Rot, or Bacteria Coverage
DP 03 33 02 05 - Fungi, Wet or Dry Rot, or Bacteria increased Amount of Coverage - Florida
QSNDP0071213 - Wind Driven Rain Endorsement
DP 04 61 08 04 - Windstorm Exterior Paint Or Waterproofing Exclusion -Seacoast - Florida
QSNDPW0330117 - Additional Dwelling Property Exclusions
QSNDP0340117 - Additional Dwelling Liability Exclusions
QSNED092017 – Existing Damage Exclusion Endorsement
DL 24 02 12 02 - Personal Liability Additional Policy Conditions
QSN0170114 - 25% Minimum Earned Premium Endorsement
UND 24 56 11 20 – Notice of QBE Privacy Policies and Practices
IL-2002 (07-21) - Service of Process Endorsement